UNITED STATES of America,
Plaintiff–Appellee,

v.

Richard Adolphus NUNES,
Defendant–Appellant.

No. 01–1120.

United States Court of Appeals,
Seventh Circuit.

Argued May 10, 2001.

Decided May 11, 2001.

Before POSNER, EASTERBROOK,
and DIANE P. WOOD, Circuit Judges.

Order

Defendant, who has been convicted of illegal reentry following deportation, see 8 U.S.C. § 1326(a), contends that the 100–month sentence he received violates principles articulated in *Apprendi v.. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), because the indictment did not charge, and the jury did not find beyond a reasonable doubt, the prior felony conviction that raised the maximum sentence to which he was exposed. This argument collides with the holding of *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). Nunes contends that *Apprendi* requires a reevaluation of *Almendarez–Torres*. Perhaps that is so, but a court of appeals is not the forum authorized to conduct that reexamination. The Supreme Court insists that its decisions be followed unless overruled. *Apprendi* did not overrule *Almendarez–Torres*, so we are obliged to apply it.

Affirmed